**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RISING PHARMA HOLDINGS, INC., *et al*,<br><br>PLAINTIFFS,<br><br>v.<br><br>COSETTE PHARMACEUTICALS, INC., *et al.*,<br><br>DEFENDANTS. | Civil Action No. 1:24-cv-01435<br><br>**SUBSTITUTION OF ATTORNEY**<br><br>*Filed Electronically* |

The undersigned counsel hereby consent to the substitution of Patrick Papalia, Esquire as attorney for the Plaintiffs Rising Pharma Holdings, Inc. and Appco Pharma LLC in the above-captioned matter.

Dated: March 4, 2026

*/s/Christopher J. Dalton*

Christopher J. Dalton
Buchanan Ingersoll & Rooney PC
550 Broad Street,
Suite 810
Newark, New Jersey 07102-4582
(973) 273-9800
christopher.dalton@bipc.com

*/s/ Patrick Papalia*

Patrick Papalia
ARCHER & GREINER, P.C.
Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601-7095
201-498-8504
ppapalia@archerlaw.com