**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **RISING PHARMA HOLDINGS, INC. and APPCO PHARMA LLC,**<br><br>*Plaintiffs*<br><br>v.<br><br>**COSETTE PHARMACEUTICALS, INC.,**<br><br>*Defendant.* | **Case No. 1:24-cv-01435-JDW** |

**REPORT OF CONFERENCE / MINUTE SHEET**

On this 16th day of July, 2026, before Judge Joshua D. Wolson, a

___In-Person Conference (held in Chambers)

___ In-Person Conference (held in Courtroom No.__)

___Video Conference

✓ **Telephone Conference**

___ Pretrial / Rule 16 Conference

___ Settlement Conference

✓ **Status Conference (telephonic)**

___Other______________________

___ On the Record

✓ **Not on the Record**

Start: 4:00 p.m. End: 4:27 p.m.

**Total Time: 27 minutes**

*/s/ Jeneen K. Abed*
Jeneen K. Abed, Civil/Criminal Deputy Clerk to
The Honorable Joshua D. Wolson